# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-CR-10184-01-JMK

**JUAN LUIS ROMERO-GARCIA,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**WIRE FRAUD**
**[18 U.S.C. § 1343]**

On or about June 20, 2023, in the District of Kansas and elsewhere, the defendant,

**JUAN LUIS ROMERO-GARCIA,**

devised and intended to devise a scheme and artifice to defraud another and for obtaining property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme and artifice, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds, to wit: the defendant caused interstate wire transmissions to the Kansas

Department of Revenue, falsely representing or providing identity information that was not his own, in order to obtain a Kansas Identification card in the name of another person.

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 2

### AGGRAVATED IDENTITY THEFT
### [18 U.S.C. § 1028A]

On or about June 20, 2023, in the District of Kansas and elsewhere, the defendant,

**JUAN LUIS ROMERO-GARCIA,**

during and in relation to the execution and attempted execution of wire fraud, knowingly and intentionally transferred, possessed, and used, without lawful authority, a means of identification he knew to be of C.J.T-A., a real person, whose identity is known to the Grand Jury, by using said means of identification to obtain a Kansas Identification card in the name of C.J.T-A., while representing such Identification card as defendant's own.

In violation of Title 18, United States Code, Section 1028A.

## COUNT 3

### FALSE CLAIM OF U.S. CITIZENSHIP TO REGISTER TO VOTE
### [18 U.S.C. § 1015(f)]

On or about June 22, 2023, in the District of Kansas and elsewhere, the defendant,

**JUAN LUIS ROMERO-GARCIA,**

made a false statement or claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT 4

**FALSE INFORMATION IN**
**REGISTERING TO VOTE**
**[52 U.S.C. § 10307(c)]**

On or about June 22, 2023, in the District of Kansas and elsewhere, the defendant,

**JUAN LUIS ROMERO-GARCIA,**

gave false information as to his name, address, and period of residence in the voting district for the purpose of establishing his eligibility to register to vote.

In violation of Title 52, United States Code, Section 10307(c).

A TRUE BILL.

November 3, 2026 | s/Foreperson
DATE | FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Christin D. Smith
CHRISTIN D. SMITH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: christin.smith@usdoj.gov
Ks. S. Ct. No. 30357

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Count 1 Wire Fraud [18 U.S.C. § 1343]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1343.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3). In the alternative, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss. 18 U.S.C. § 3571(d).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 2 Aggravated Identity Theft [18 U.S.C. § 1028A]**

- Punishable by a term of imprisonment of two (2) years which must run consecutive to any other sentence except for another violation of 18 U.S.C. § 1028A. 18 U.S.C. § 1028A.
- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Count 3 False Claim of U.S. Citizenship to Register to Vote [18 U.S.C. § 1015(f)]**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1015(f).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3)
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

**Count 4 False Information in Registering to Vote [52 U.S.C. § 10307(c)]**

- Punishable by a term of imprisonment of not more than five (5) years. 52 U.S.C. § 10307(c).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $10,000. 52 U.S.C. § 10307(c).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.